## Rife Appeal.

Argued April 27, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Peter J. Mangan,* with him *Griest & Mangan,* for appellants.

*E. Nelson Read,* for appellees.

OPINION PER CURIAM, May 22, 1974:
Decree affirmed as to corporate appellant Lincoln Speedway, Inc.

In accordance with the stipulation entered into by counsel on behalf of their respective clients the decree entered against Hillen V. Rife and Elizabeth R. Rife individually is hereby vacated.

Each party to pay own costs.